B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Alabama

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): **GTM Energy Partners, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **20-8353893** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **440 County Road 464, Flat Rock, AL** ZIP Code **35966** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Jackson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **440 County Road 464, Flat Rock, AL 35966** | |

### Type of Debtor (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **GTM Energy Partners, LLC** | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | | |
| Location Where Filed: - None - | Case Number: | | Date Filed: |
| Location Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | | |
| Name of Debtor: - None - | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
Signature of Attorney for Debtor(s)      (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | GTM Energy Partners, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Robert L. Shields III ASB-9534-L73R**
Printed Name of Attorney for Debtor(s)

**Tanner & Guin, LLC**
Firm Name

**418 Lorna Square Office Complex**
**Birmingham, AL 35216**

_____
Address

Email: rls@bhamlawfirm.com
**205-823-1990  Fax: 205-278-8595**
Telephone Number

**February 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Stanley L. Graves**
Printed Name of Authorized Individual
**Manager**
Title of Authorized Individual
**February 16, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Alabama

In re   **GTM Energy Partners, LLC**                                      Case No.   _____
                                      Debtor(s)                           Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alabama Surface Mining Commision<br>P.O. Box 2390<br>Jasper, AL 35502 | Alabama Surface Mining Commision<br>P.O. Box 2390<br>Jasper, AL 35502 | | | 73,050.00 |
| Alter Moneta Corporation<br>P.O. Box 0517<br>Buffalo, NY 14240 | Alter Moneta Corporation<br>P.O. Box 0517<br>Buffalo, NY 14240 | | Unliquidated | 509,663.58 |
| ASC Construction Equipment USA, Inc.<br>P.O. Box 534366<br>Atlanta, GA 30353 | ASC Construction Equipment USA, Inc.<br>P.O. Box 534366<br>Atlanta, GA 30353 | | | 119,697.84 |
| Austin Power<br>P.O. Box 6049-C<br>Cleveland, OH 44194 | Austin Power<br>P.O. Box 6049-C<br>Cleveland, OH 44194 | | | 240,337.66 |
| Cat Access Account<br>P.O. Box 905229<br>Charlotte, NC 28290-5229 | Cat Access Account<br>P.O. Box 905229<br>Charlotte, NC 28290-5229 | | | 90,064.00 |
| Caterpillar Financial<br>P.O. Box 730681<br>Dallas, TX 75373 | Caterpillar Financial<br>P.O. Box 730681<br>Dallas, TX 75373 | | Unliquidated<br>Disputed | 8,481,230.00 |
| Chambers Excavating & Mining<br>P.O. Box 323<br>Flat Rock, AL 35966 | Chambers Excavating & Mining<br>P.O. Box 323<br>Flat Rock, AL 35966 | | | 129,081.70 |
| GE Financial<br>P.O. Box 3083<br>Cedar Rapids, IA 52406 | GE Financial<br>P.O. Box 3083<br>Cedar Rapids, IA 52406 | | Unliquidated | 80,484.00 |
| Jem-Coal, LLC<br>2001 Park Place, Suite 320<br>Birmingham, AL 35203 | Jem-Coal, LLC<br>2001 Park Place, Suite 320<br>Birmingham, AL 35203 | | | 181,678.00<br><br>(0.00 secured) |
| Jemison Holdings LLC<br>2001 Park Place, Suite 320<br>Birmingham, AL 35203 | Jemison Holdings LLC<br>2001 Park Place, Suite 320<br>Birmingham, AL 35203 | | | 109,396.25<br><br>(0.00 secured) |
| John Deere Credit<br>P.O. Box 5307<br>Madison, WI 53791 | John Deere Credit<br>P.O. Box 5307<br>Madison, WI 53791 | | Unliquidated<br>Disputed | 303,960.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| K-Lee Processing<br>940 Broadway Street<br>Birmingham, AL 35209 | K-Lee Processing<br>940 Broadway Street<br>Birmingham, AL 35209 | | | 165,000.00 |
| Komatsu Financial<br>One Continental Towers<br>1701 W. Golf Road, Suite 300<br>Rolling Meadows, IL 60008 | Komatsu Financial<br>One Continental Towers<br>1701 W. Golf Road, Suite 300<br>Rolling Meadows, IL 60008 | | Unliquidated<br>Disputed | 2,083,949.00 |
| McGehee Engineering Corp.<br>P.O. Box 3431<br>Jasper, AL 35502 | McGehee Engineering Corp.<br>P.O. Box 3431<br>Jasper, AL 35502 | | | 69,492.50 |
| Melvin Tinker<br>6143 County Road 58<br>Pisgah, AL 35765 | Melvin Tinker<br>6143 County Road 58<br>Pisgah, AL 35765 | | | 500,000.00 |
| PERC Engineering Co., Inc.<br>P.O. Box 1712<br>Jasper, AL 35502 | PERC Engineering Co., Inc.<br>P.O. Box 1712<br>Jasper, AL 35502 | | | 91,281.72 |
| Ronald Maples<br>281 County Road 278<br>Stevenson, AL 35772 | Ronald Maples<br>281 County Road 278<br>Stevenson, AL 35772 | | | 500,000.00 |
| Taggart Global Operations<br>2090 Greentree Rd.<br>Pittsburgh, PA 15220 | Taggart Global Operations<br>2090 Greentree Rd.<br>Pittsburgh, PA 15220 | | | 185,770.20 |
| Thompson Tractor Company<br>2401 Pinson Highway<br>Birmingham, AL 35202 | Thompson Tractor Company<br>2401 Pinson Highway<br>Birmingham, AL 35202 | | | 534,542.92 |
| Tractor & Equipment Co.<br>P.O. Box 12326<br>Birmingham, AL 35201 | Tractor & Equipment Co.<br>P.O. Box 12326<br>Birmingham, AL 35201 | | | 81,873.70 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 16, 2011**                    Signature   _____
                                                            **Stanley L. Graves**
                                                            **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Alabama

In re   GTM Energy Partners, LLC    Case No.
                   Debtor(s)         Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   **February 16, 2011**

**Stanley L. Graves/Manager**
Signer/Title

Software Copyright (c) 1996-2010 CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

Robert L. Shields III
Tanner & Guin, LLC
418 Lorna Square Office Complex
Birmingham, AL 35216

Jemison Holdings LLC
2001 Park Place, Suite 320
Birmingham, AL 35203

Department of Industrial Relations
Unemployment Compensation Agen
Montgomery, AL 36131

GTM Energy Partners, LLC
440 County Road 464
Flat Rock, AL 35966

Larry Waldrep
P.O. Box 657
Brewton, AL 36427

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201

Valrey Early, III
Bankruptcy Admnistrator
1800 5th Avenue North
Birmingham, AL 35203

Miller Investments, LLC
P.O. Box 957
Brewton, AL 36427

IRS
P.O. Box 105078
Atlanta, GA 30348

Joseph Bulgarella
Bankruptcy Administrator
1118 Greensboro Avenue, Room 242
Tuscaloosa, AL 35401

Stonehenge Capital Fund Alabama, LLC
2001 Park Place, Suite 320
Birmingham, AL 35203

Ken Ferrell, District Court Jackson
P.O. Box 397
Scottsboro, AL 35768

Firethorn Energy Partners, LLC
6930 Cahaba River Road, Suite 200
Birmingham, AL 35242

TB Coal B, Inc.
940 Broadway Street
Birmingham, AL 35209

Pam J. Thompson
333 Foster Landing Rd
Guntersville, AL 35976

Henry B. Ray
3800 Forest Glen Drive
Birmingham, AL 35213

Whitecap Alabama Growth Fund I, LLC
3201 Rustic River Cove
Austin, TX 78746

Ron Crawford
P.O. Box 307
Scottsboro, AL 35768

Hitachi Capital America Corp.
21925 Network Place
Chicago, IL 60673

Widows Creek Coal, LLC
6932 Cahaba River Road, Suite 200
Birmingham, AL 35242

Ronald B. Maples
281 County Road 278
Stevenson, AL 35772

James R. Bridges
7701 Meadows Drive South
Mobile, AL 36619

Alabama Department of Revenue
50 N Ripley
Montgomery, AL 36132

Thomas Bryan
940 Broadway Street
Birmingham, AL 35209

Jem-Coal, LLC
2001 Park Place, Suite 320
Birmingham, AL 35203

D. Keith McMillan
P.O. Box 1162
Winfield, AL 35594

US Department of Treasury MSH/
P.O. Box 830794
Birmingham, AL 35283

US Department of Treasury OSM
P.O. Box 830794
Birmingham, AL 35283

Apel Machine and Supply
P.O. Box 2010
Cullman, AL 35056

Boohaker, Schillaci & Company P
601 Vestavia Parkway,,Suite 300
Birmingham, AL 35216

A Woman's Touch   Portable Restrooms
P.O.Box 533
Scottsboro, AL 35768

ASC Construction Equipment USA, Inc.
P.O. Box 534366
Atlanta, GA 30353

Bradley, Arant Boult Cummings, L
P.O. Box 830709
Birmingham, AL 35283

Aaron Williams
5080 AL Hwy 73
Bryant, AL 35958

ASMC
P.O. Box 2390
Jasper, AL 35502

Brook's Hauling
1311 Chitwood Avenue
Fort Payne, AL 35967

Advanced Maintenance and Supply
25919 Alabama Highway 35
Woodville, AL 35776

Austin Power
P.O. Box 6049-C
Cleveland, OH 44194

Bruce Maples
3285 AL HWY 73
Bryant, AL 35958

AFLAC
1932 Wynnton Road
Columbus, GA 31999

Bailey Southwell & Co.
231 South Bemiston Ave.
Suite 600
Saint Louis, MO 63105

C &L Motor Frieght, Inc.
P.O. Box 100
Flat Rock, AL 35966

Alabama Coal Association
No. 2 Office Park Circle, Suite 200
Birmingham, AL 35223

Berry & Dunn Office Supply
P.O. Box 1515
Rainsville, AL 35986

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Alabama Surface Mining Commision
P.O. Box 2390
Jasper, AL 35502

Blakenship Surplus Parts
1908 Lemon Mint Drive
Birmingham, AL 35244

Casey Pest
311 Gault Avenue North
Fort Payne, AL 35967

Allied Waste Services
P.O. Box 9001099
Louisville, KY 40290-1099

BlueCross BlueShield of Alabama
P.O. Box 3600037
Birmingham, AL 35236

Cat Access Account
P.O. Box 905229
Charlotte, NC 28290-5229

Alter Moneta Corporation
P.O. Box 0517
Buffalo, NY 14240

Bobby Thurmond
24156 Alabama Highway 71
Flat Rock, AL 35966

Caterpillar Financial
P.O. Box 730681
Dallas, TX 75373

| | | |
|---|---|---|
| Caterpillar Financial Service Corp.<br>P.O. Box 730681<br>Dallas, TX 75373 | Danny Currie Trucking<br>1122 Brown Street<br>Fyffe, AL 35971 | Flat Rock Grocery<br>21471 Alabama Highway 71<br>Flat Rock, AL 35966 |
| Cecil Odell<br>23469 AL Highway 71<br>Flat Rock, AL 35966 | David Chip Schwartz<br>P.O. Box 11366<br>Birmingham, AL 35202 | Gamble Seismograph Service, Inc.<br>P.O. Box 280<br>Mount Olive, AL 35117 |
| Chambers Excavating & Mining<br>P.O. Box 323<br>Flat Rock, AL 35966 | David Gant<br>1212 County Road 257<br>Bryant, AL 35958 | Garner Properties<br>P.O. Box 825<br>Scottsboro, AL 35768 |
| Chambers LLC<br>P.O. Box 323<br>Flat Rock, AL 35966 | Directv<br>P.O. Box 538605<br>Atlanta, GA 30353 | GE Financial<br>P.O. Box 3083<br>Cedar Rapids, IA 52406 |
| Chattanooga Business Machine<br>6220 Airpark Drive<br>Sale Creek, TN 37373 | Don Word<br>223 S. Market Street<br>Scottsboro, AL 35768 | George Handley<br>P.O. Box 212<br>Flat Rock, AL 35966 |
| CINTAS<br>1209 Airport Industrial Dr.<br>Gadsden, AL 35904 | Doss Engineering Inc.<br>2313 Woodland Ave SW<br>Charleston, WV 25303 | Goforth Trucking<br>4421 County Road 81<br>Flat Rock, AL 35966 |
| Cloud Auto Parts<br>P.O. Box 143, Hwy 71<br>Higdon, AL 35979 | E. Shane Black<br>1200 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203 | Goodwyn, Mills and Cawood, Inc.<br>2660 Eastchase Lane, Suite 200<br>Montgomery, AL 36117 |
| Coleman Mine Safety Training, LLC<br>Rt. 10 Box 394<br>Buckhannon, WV 26201 | Farmers Telecommunications Cooperative<br>P.O. Box 2153 Drawer 1180<br>Birmingham, AL 35287-1180 | Graco Resources<br>6930 Cahaba Valley Road<br>Suite 200<br>Birmingham, AL 35242 |
| Dan D. Sparks<br>1800 Financial Center<br>505 North 20th Streeet<br>Birmingham, AL 35203 | Federal Express<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | Greg's Trucking<br>P.O. Box 27<br>Flat Rock, AL 35966 |

| | | |
|---|---|---|
| Henagar Tire<br>P.O. Box 41<br>Henagar, AL 35978 | John R. Frawley<br>P.O. Box 101493<br>Birmingham, AL 35210 | McGehee Engineering Corp.<br>P.O. Box 3431<br>Jasper, AL 35502 |
| Hydra Service, Inc.<br>P.O. Box 365<br>Warrior, AL 35180 | John Wolf<br>219 Elm Street<br>Ithaca, NY 14850 | McGriff Tire<br>P.O. Box 1148<br>Cullman, AL 35056 |
| Industrial Scales & Systems<br>4295 Cormwell Road, Suite 615<br>Chattanooga, TN 37421 | Johnston Barton Proctor & Rose LLP<br>569 Brookwood Village, Suite 901<br>Birmingham, AL 35209 | McPherson Companies, Inc.<br>P.O. Box 890145<br>Charlotte, NC 28289-0145 |
| Internattional Drillers Supply<br>P.O. Box 101636<br>Nashville, TN 37224 | Judy Pike<br>23753 Alabama Highway 71<br>Flat Rock, AL 35966 | Melvin Tinker<br>6143 County Road 58<br>Pisgah, AL 35765 |
| Jackson Printing Company<br>2410 E. Willow Street<br>Scottsboro, AL 35768 | K-Lee Processing<br>940 Broadway Street<br>Birmingham, AL 35209 | Milton McCarthy<br>P.O. Box 2390<br>Jasper, AL 35502 |
| James Gant<br>298 County Road 669<br>Pisgah, AL 35765 | Komatsu Financial<br>One Continental Towers<br>1701 W. Golf Road, Suite 300<br>Rolling Meadows, IL 60008 | Mor-Gas, Inc.<br>14205 Alabama HWY 71<br>Pisgah, AL 35765 |
| Jay H. Clark<br>P.O. Box 530910<br>Birmingham, AL 35253 | Komatsu Financial<br>P.O. Box 99303<br>Chicago, IL 60693 | Nancy Meeks<br>535 County Road 134<br>Pisgah, AL 35765 |
| John Deere Credit<br>P.O. Box 5307<br>Madison, WI 53791 | Lamar Brown<br>7786 County Road 47<br>Rainsville, AL 35986 | Noojin Investments Company, Inc.<br>232 Beech Street<br>Birmingham, AL 35213 |
| John Deere Credit<br>P.O. Box 650215<br>Dallas, TX 75265 | Louis Dreyfus ES GP LLC<br>P.O. Box 843<br>Wilton, CT 06897 | North Jackson County Water Auth<br>P.O. Box 280<br>Flat Rock, AL 35966 |

| | | |
|---|---|---|
| Office of Surface Mining<br>P.O. Box 979068<br>Saint Louis, MO 63197 | Sherman Tinker<br>6017 AL HWY 75<br>Ider, AL 35981 | Thompson Tractor Company<br>2401 Pinson Highway<br>Birmingham, AL 35202 |
| Pam J Thompson<br>333 Foster Landing Rd<br>Guntersville, AL 35976 | Southeast Enviromental Management<br>280 Twin Oaks Dr.<br>Oneonta, AL 35121 | Tractor & Equipment Co.<br>P.O. Box 12326<br>Birmingham, AL 35201 |
| PERC Engineering Co., Inc.<br>P.O. Box 1712<br>Jasper, AL 35502 | Southern Rotary Drill<br>P.O. Box 50<br>Jasper, AL 35502 | Transperfect Translation Intl.<br>Three Park Avenue, 39th Floor<br>New York, NY 10016 |
| Randell Tinker<br>6812 Hwy 75<br>Ider, AL 35981 | Southern States<br>P.O. Box 399<br>Henagar, AL 35978 | Traxx Parts & Equipment, Inc.<br>P.O. Box 3471<br>Jasper, AL 35503 |
| Robert V. Rodgers<br>100 Wahington St. Ste. 200<br>Huntsville, AL 35804 | Strickland Building Supply, Inc.<br>630 County Road 326<br>Flat Rock, AL 35966 | USAble Life Insurance<br>P.O. Box 1297<br>Andalusia, AL 36420 |
| Ronald Maples<br>281 County Road 278<br>Stevenson, AL 35772 | Superior Shipping<br>P.O. Box 3152<br>Mobile, AL 36652 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266 |
| Sand Mountain Electric Cooperative<br>P.O. Box 277<br>Rainsville, AL 35986-0277 | Taggart Global Operations<br>2090 Greentree Rd.<br>Pittsburgh, PA 15220 | W.J. Word Lumber Company<br>P.O. Box 907<br>Scottsboro, AL 35768 |
| Sexton Welding Supply Company<br>3815 Governors Drive. W<br>Huntsville, AL 35805 | Technical Laboratories, Inc.<br>515 Cherokee Blvd<br>Chattanooga, TN 37405 | Walter A Wood Supply Co., Inc.<br>P.O. Box 72847<br>Chattanooga, TN 37407 |
| SGS<br>P.O. Box 2502<br>Carol Stream, IL 60132 | The Daily Sentinel<br>701 Veterans Drive<br>Scottsboro, AL 35768 | Wilson Machine & Welding<br>4787 Highway 78<br>Cordova, AL 35550 |